JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHANNON BUTLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. CV 12-0830-AG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: February 6, 2012

_____
Andrew J. Guilford
United States District Judge